UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| ALAN KOZAK, et al., | ) | CASE NO. 5:22-cv-02018 |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| ARCHER-DANIELS-MIDLAND CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME undersigned counsel, and hereby give notice to the Court and all parties of their appearance in this matter as counsel for Defendant, Milk Specialties Co. All further notices and pleadings directed to Defendant, Milk Specialties Co. should be directed to the undersigned at the address listed below.

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By: /s/ David J. Fagnilli
DAVID J. FAGNILLI (0032930)
JILLIAN L. DINEHART (0086993)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone: (216) 912-3800
Fax: (216) 344-9006
Email: djfagnilli@mdwcg.com
       jldinehart@mdwcg.com
*Counsel for Defendant, Milk Specialties Co.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and as follows:

*By Electronic Mail:*

MATTHEW P. MULLEN (0063317)
Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
405 Chauncey Avenue, N.W.
New Philadelphia, Ohio 44663
mmullen@kwgd.com

OWEN J. RARRIC (0075367)
KYLE W. REA (0101812)
Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
4775 Munson Street, N.W.
P.O. Box 36963
Canton, Ohio 44735
orarric@kwgd.com
krea@kwgc.om

*Counsel for Plaintiffs*

*By Regular Mail:*

ARCHER-DANIELS-MIDLAND CO., dba ADM Animal Nutrition
77 West Wacker Drive, Suite 4600
Chicago, Illinoi 60601
*Defendant*

KEVIN STEELE
740 E. Easton Road
Creston, Ohio 44217
*Defendant*

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By:   */s/ David J. Fagnilli*
DAVID J. FAGNILLI (0032930)
*Counsel for Defendant, Milk Specialties Co.*