**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALAN KOZAK, et al., | ) | |
| | ) | Civil Action No. 5:22-cv-02018 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge Benita Y. Pearson |
| | ) | |
| ARCHER-DANIELS-MIDLAND CO., dba | ) | |
| ADM ANIMAL NUTRITION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:
<u>Archer Daniels Midland Co.</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?
_____X_____ YES _____ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

<u> Attached is the list of Subsidiaries of the Registrant filed with the United States Securities and Exchange Commission pursuant to 17 CFR 210.1-02(w) (Exhibit 21)                    </u>

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

                YES       X       NO

3. Archer Daniels Midland is a publicly held corporation.  The only company owning 10% or more of Archer Daniels Midland is The Vanguard Group.

*/s/ Hugh McKay*                              November 9, 2022
Signature of Counsel                                      Date

Respectfully submitted,

*/s/ Hugh McKay*
Hugh E. McKay (0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
(216) 443-9000 / Fax (216) 443-9011
hmckay@porterwright.com

Christopher K. Riedel (00101707)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street
Suites 2800-3200
Columbus, OH 43215
(614) 227-2000 / Fax (614) 227-2100
criedel@porterwright.com

Attorneys for Defendant Archer Daniels Midland, dba ADM Animal Nutrition

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 18, 2022, I caused the foregoing *Defendant's Corporate Disclosure Statement* to be filed electronically through the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and parties may access the documents through the electronic filing system.


Respectfully submitted,

*Chris Riedel*

Christopher K. Riedel (00101707)

**Exhibit 21**

SUBSIDIARIES OF THE REGISTRANT

Archer-Daniels-Midland Company
Subsidiaries of the Registrant
December 31, 2021

The following is a list of the Company's subsidiaries as of December 31, 2021, which may not include certain subsidiaries that, considered in the aggregate as a single subsidiary, would not constitute a "significant subsidiary" as defined in Regulation S-X of the United States Securities and Exchange Commission (17 CFR 210.1-02 (w)).

| Entity Name | Country | Domestic Jurisdiction |
|---|---|---|
| ACT Exportação Ltda. | Brazil | Brazil |
| ADGENE LABORATOIRE | France | France |
| ADM (Dalian) Animal Health & Nutrition Co. Ltd. | China | China |
| ADM (Shanghai) Management Co., Ltd. | China | China |
| ADM (Thailand) Ltd. | Thailand | Thailand |
| ADM Ag Holding Limited | British Virgin Islands | British Virgin Islands |
| ADM Agri Services Greece MEPE | Greece | Greece |
| ADM Agricultural Commodities Trading (Tianjin) Co., Ltd. | China | China |
| ADM Agriculture Limited | United Kingdom | UK |
| ADM Agri-Industries Company | Canada | Nova Scotia |
| ADM Agro Iberica S.L.U. | Spain | Spain |
| ADM Agro Industries India Private Limited | India | India |
| ADM Agro Industries Kota & Akola Private Limited | India | India |
| ADM Agro Industries Latur & Vizag Private Limited | India | India |
| ADM AGRO S.R.L. | Argentina | Argentina |
| ADM Agroinvestimentos Ltda. | Brazil | Brazil |
| ADM Alliance Nutrition of Puerto Rico, LLC | United States | Puerto Rico |
| ADM Americas S. de R.L. | Panama | Panama |
| ADM Andina Peru S.R.L. | Peru | Peru |
| ADM Animal Health & Nutrition (Nanjing) Co., Ltd. | China | China |
| ADM Animal Nutrition (Cambodia) Co., Ltd. | Cambodia | Phnom Penh Municipality |
| ADM Animal Nutrition (Xiangtan) Co.,Ltd. | China | China |
| ADM Animal Nutrition (Zhangzhou) Co., Ltd. | China | China |
| ADM ANTWERP NV | Belgium | Belgium |
| ADM Arkady Ireland Limited | Ireland | Ireland |
| ADM Armazéns Gerais Ltda. | Brazil | Brazil |
| ADM Asia-Pacific Trading Pte. Ltd. | Singapore | Singapore |
| ADM Australia Holdings I Pty Limited | Australia | Australia |
| ADM Australia Pty. Limited | Australia | Australia |
| ADM Bazancourt SASU | France | France |
| ADM Besin ve Tarim Anonim Sirketi | Turkey | Turkey |
| ADM Bio-Productos, S.A. de C.V. | Mexico | Mexico |
| ADM Bio-Science & Technology (Tianjin) Co., Ltd. | China | China |
| ADM Bulgaria Trading EOOD | Bulgaria | Bulgaria |
| ADM CARIBBEAN INC. | St. Lucia | St. Lucia |
| ADM Chile Comercial Limitada | Chile | Santiago |
| ADM Clinton BioProcessing, Inc. | United States | Delaware |

1

| | | |
|---|---|---|
| ADM Czernin S.A. | Poland | Poland |
| ADM Direct Polska Sp. z o.o. | Poland | Poland |
| ADM DO BRASIL LTDA. | Brazil | Brazil |
| ADM Dominican Holdings, Inc. | United States | Delaware |
| ADM Dominicana S.A. | Dominican Republic | Dominican Republic |
| ADM Edible Bean Specialties, Inc. | United States | Michigan |
| ADM Egypt LLC | Egypt | Egypt |
| ADM El Salvador, Ltda. de C.V. | El Salvador | El Salvador |
| ADM EMEA Corporate Services GmbH | Germany | Germany |
| ADM Europe Holdco, S.L. | Spain | Spain |
| ADM European Management Holding B.V. & Co. KG | Germany | Germany |
| ADM Expatriate Services, Inc. | United States | Delaware |
| ADM Export Co. | United States | Delaware |
| ADM Food Technology (Beijing) Co., Ltd. | China | China |
| ADM Food Technology (Pinghu) Co., Ltd. | China | China |
| ADM France | France | France |
| ADM Fuels Company | United States | Delaware |
| ADM German Holdings B.V. | Netherlands | NL |
| ADM Germany GmbH | Germany | Germany |
| ADM Grain Costa Rica S.R.L. | Costa Rica | Costa Rica |
| ADM Grain de Venezuela, C.A. | Venezuela | Venezuela |
| ADM Grain River System, Inc. | United States | Delaware |
| ADM Guatemala Limitada | Guatemala | Guatemala |
| ADM Hamburg Aktiengesellschaft | Germany | Germany |
| ADM Holding (Thailand) Ltd. | Thailand | Thailand |
| ADM Holdings LLC | United States | Delaware |
| ADM Honduras S.de R.L. | Honduras | Honduras |
| ADM Inca S.A.C. | Peru | Peru |
| ADM Industries Centers Ltd | Israel | Israel |
| ADM INGREDIENTS S.R.L. | Argentina | Argentina |
| ADM International Holdings, Inc. | United States | Delaware |
| ADM International Sàrl | Switzerland | Switzerland |
| ADM Investments Limited | Cayman Islands | Cayman Islands |
| ADM Investor Services International Limited | United Kingdom | UK |
| ADM Investor Services, Inc. | United States | Delaware |
| ADM Ireland Receivables Company Limited | Ireland | Ireland |
| ADM Italia S.r.l. | Italy | Italy |
| ADM Japan Ltd. | Japan | Japan |
| ADM Latin America, Inc. | United States | Delaware |
| ADM Logistics, Inc. | United States | Delaware |
| ADM Mainz GmbH | Germany | Germany |
| ADM Malbork S.A. | Poland | Poland |
| ADM MANAGEMENT LTD. | Cayman Islands | Cayman Islands |
| ADM Medsofts Sarl | Switzerland | Switzerland |
| ADM Mexico S.A. de C.V. | Mexico | Mexico |
| ADM Mexico, Inc. | United States | Delaware |
| ADM Milling Co. | United States | Minnesota |
| ADM Milling Limited | United Kingdom | UK |
| ADM MOROCCO S.A. | Morocco | Morocco |

| | | |
|---|---|---|
| ADM Myanmar Company Limited | Myanmar | Myanmar |
| ADM New Zealand Limited | New Zealand | New Zealand |
| ADM Nicaragua SA | Nicaragua | Nicaragua |
| ADM Nutrition Holding d.o.o. Beograd | Serbia | Becej Industria |
| ADM Olomouc s.r.o. | Czech Republic | Czech Republic |
| ADM Panama S. De R.L. | Panama | Panama |
| ADM Paraguay S.R.L. | Paraguay | Paraguay |
| ADM Participações Ltda. | Brazil | Brazil |
| ADM Poland Sp. z o.o. | Poland | Poland |
| ADM PORTUGAL, SA | Portugal | Portugal |
| ADM Protexin Limited | United Kingdom | England |
| ADM Protexin, Inc. | United States | Delaware |
| ADM Pura Limited | United Kingdom | UK |
| ADM Razgrad EAD | Bulgaria | Bulgaria |
| ADM Receivables, LLC | United States | Delaware |
| ADM Rice, Inc. | United States | Delaware |
| ADM Ringaskiddy Unlimited Company | Ireland | Ireland |
| ADM Services B.V. | Netherlands | NL |
| ADM SERVICIOS, S.A. DE C.V. | Mexico | Mexico |
| ADM Slovakia, s.r.o. | Slovakia (Slovak Republic) | Slovakia (Slovak Republic) |
| ADM Specialty Ingredients (Europe) B.V. | Netherlands | NL |
| ADM Spyck GmbH | Germany | Germany |
| ADM STF DMCC | United Arab Emirates | Dubai |
| ADM STF Pte. Ltd. | Singapore | Singapore |
| ADM STF Switzerland Sarl | Switzerland | Switzerland |
| ADM Sweden AB | Sweden | Sweden |
| ADM Szamotuly Sp. z o.o. | Poland | Poland |
| ADM Trading (UK) Limited | United Kingdom | England |
| ADM Trading Australia Pty. Ltd. | Australia | Australia |
| ADM Trading Company | United States | Delaware |
| ADM Trading Cote D'Ivoire | Cote D'Ivoire | Abidjan |
| ADM Transportation Company | United States | Delaware |
| ADM Trucking, Inc. | United States | Delaware |
| ADM Unterstutzungskasse GmbH | Germany | Germany |
| ADM Uruguay SCA | Uruguay | Uruguay |
| ADM Ventures Investment Corp. | United States | Delaware |
| ADM WILD Europe GmbH & Co. KG | Germany | Germany |
| ADM Wild Gida Sanayi ve Ticaret Limited Sirketi | Turkey | Turkey |
| ADM WILD Nauen GmbH | Germany | Germany |
| ADM WILD Netherlands B.V. | Netherlands | Netherlands |
| ADM WILD SEE Kft | Hungary | Hungary |
| ADM Wild UK Limited | United Kingdom | England |
| ADM WILD Valencia SAU | Spain | Spain |
| ADM Worldwide Holdings L.P. | Cayman Islands | Cayman Islands |
| ADMEcuador CIA. Ltda. | Ecuador | Ecuador |
| ADMIS Holding Company, Inc. | United States | Delaware |
| ADMIS Hong Kong Limited | Hong Kong | Hong Kong |
| ADMIS SINGAPORE PTE. LIMITED | Singapore | Singapore |

3

| | | |
|---|---|---|
| AGRANIX | France | France |
| Agri Port Services Brasil Ltda. | Brazil | Brazil |
| Agri Port Services Investments Ltd. | Cayman Islands | Cayman Islands |
| Agri Port Services, LLC | United States | Delaware |
| Agricolas Madagascar SARLU | Madagascar | Madagascar |
| Agrinational Insurance Company | United States | Vermont |
| Agrograin Ltd. Sucursal Uruguay | Uruguay | Uruguay |
| Agrograin, Ltd. | Cayman Islands | Cayman Islands |
| AIC Seguros SRL | Paraguay | Paraguay |
| Alfrebro, LLC | United States | Ohio |
| Alfred C. Toepfer International Exportação e Importação Ltda. | Brazil | Brazil |
| Alfred C. Toepfer International Netherlands B.V. | Netherlands | NL |
| Alimentos Texo SA de CV | Mexico | Mexico |
| American River Transportation Co., LLC | United States | Delaware |
| AMT West LLC | United States | Delaware |
| Anco Animal Nutrition Competence GmbH | Austria | Austria |
| Archer Daniels Midland (UK) Limited | United Kingdom | England |
| Archer Daniels Midland Asia-Pacific Limited | Hong Kong | Hong Kong |
| Archer Daniels Midland Company South Africa (Pty) Ltd. | South Africa | South Africa |
| Archer Daniels Midland Erith Limited | United Kingdom | England |
| Archer Daniels Midland Europe B.V. | Netherlands | NL |
| Archer Daniels Midland Europoort B.V. | Netherlands | NL |
| Archer Daniels Midland Korea LLC | Korea, Republic Of | South Korea |
| Archer Daniels Midland Nederland B.V. | Netherlands | NL |
| Archer Daniels Midland Singapore, Pte. Ltd. | Singapore | Singapore |
| Archer Daniels Midland Vietnam Company Limited | Viet Nam | Vietnam |
| Archer Daniels Midland Wild Nigeria Ltd. | Nigeria | Nigeria |
| Archer Financial Services, Inc. | United States | Delaware |
| Archer-Daniels-Midland Philippines, Inc. | Philippines | Philippines |
| Arinos Unlimited | Trinidad And Tobago | Trinidad |
| AT Holdings II Company | United States | Delaware |
| Balanceados Nova S.A. Balnova | Ecuador | Ecuador |
| Balto Holdco, LLC | United States | Delaware |
| Barbados Mills Limited | Barbados | Barbados |
| Bela Vista Bio Etanol Participações Ltda. | Brazil | Brazil |
| Belize Mills Limited | Belize | Belize |
| Belwood Company S.A. | Uruguay | Uruguay |
| Benson-Quinn Commodities, Inc. | United States | Minnesota |
| Bern Aqua | Belgium | Belgium |
| Bifodan, Inc. | United States | Delaware |
| BIOPOLIS, S.L. | Spain | Spain |
| BQ Railroad Company | United States | North Dakota |
| BTECH Tecnologias Agropecuárias e Comércio Ltda. | Brazil | Brazil |
| Caribbean Agro-Industries Limited | Grenada | Grenada |
| CI ADM Colombia Ltda. | Colombia | Colombia |
| Columbia & Willamette Maritime Services, Inc. | United States | Delaware |
| Compania ADM, S.A. de C.V. | Mexico | Mexico |
| CONTROLADORA ADM, S.A. DE C.V. | Mexico | Mexico |
| Crosswind Petfoods, Inc. | United States | Kansas |

4

| | | |
|---|---|---|
| Daavision B.V. | Netherlands | Netherlands |
| DE Holdings LLC | United States | Georgia |
| Deerland Europe ApS | Denmark | Denmark |
| Deerland Holdings, Inc. | United States | Delaware |
| Deerland Ireland R&D Limited | Ireland | Ireland |
| Deerland Probiotics & Enzymes A/S | Denmark | Denmark |
| Deerland Probiotics & Enzymes, Inc. | United States | Delaware |
| DP Holdings LLC | United States | Georgia |
| Eatem Corporation | United States | New Jersey |
| Empresa de Transporte La Estrella S.R.L. | Paraguay | Paraguay |
| Epicore Bionetworks Inc. | Canada | Alberta |
| Epicore Ecuador S.A. | Ecuador | Ecuador |
| Epicore Networks (U.S.A.), Inc. | United States | New Jersey |
| Erich Ziegler GmbH | Germany | Germany |
| Evialis (Shandong) Co., Ltd. | China | Shandong |
| EVIALIS FRANCE | France | France |
| Evialis Galicia S.A. | Spain | Spain |
| Evialis India Limited | India | Mumbai |
| Federation Sahanala Vanille | Madagascar | Madagascar |
| FILOZOO SRL | Italy | Italy |
| FINANCIERE FRANCO MAGYAR POUR LA NUTRITION ANIMALE - FFMNA | France | France |
| FISA Andina S.A.S. | Colombia | Colombia |
| FISA Aromas, S.A.S. | Colombia | Colombia |
| Flavor Infusion International, S.A. | Panama | Panama |
| Florida Chemical Company, LLC | United States | Delaware |
| Flotek Flavor & Fragrance, LLC | United States | Delaware |
| GLOBAL COCOA HOLDINGS LTD. | Cayman Islands | Cayman Islands |
| Golden Farm Production & Commerce Company Limited | Viet Nam | Vietnam |
| Golden Peanut and Tree Nut Seed SA (Pty) Ltd. | South Africa | South Africa |
| Golden Peanut and Tree Nuts S.A. | Argentina | Argentina |
| Golden Peanut Company, LLC | United States | Georgia |
| GP Blanching, Inc. | United States | Georgia |
| GPC Trucking, Inc. | United States | Delaware |
| Green Bison Soy Processing, LLC | United States | Delaware |
| GROUPE PILARDIERE | France | France |
| GUYOKRMA, spol. s.r.o. | Czech Republic | Czech Republic |
| Guyomarc'h - VCN Company Limited | Viet Nam | Hanoi |
| Guyomarc'h Vietnam Co., Ltd. | Viet Nam | Vietnam |
| Guyovital PT | Indonesia | Jakarta |
| HFR Shipping Company Ltd. | The Republic of the Marshall Islands | The Republic of the Marshall Islands |
| HI-NUTRIENTS INTERNATIONAL LIMITED | Nigeria | Nigeria |
| Holding P & A Asia Company Limited | Thailand | Bangkok |
| HRA Shipping Company Ltd. | The Republic of the Marshall Islands | The Republic of the Marshall Islands |
| HTI Shipping Company Ltd. | The Republic of the Marshall Islands | The Republic of the Marshall Islands |
| Industries Centers EOD Trade 2005 Ltd. | Israel | Israel |

5

| | | |
|---|---|---|
| Invivo NSA Algerie | Algeria | Algeria |
| Invivo NSA Sanpo (Tianjin) Pet Products Co., Ltd | China | Tianjin |
| Jamaica Flour Mills Limited | Jamaica | Jamaica |
| Jamaica Rice Milling Company Limited | Jamaica | Jamaica |
| JDS Sarl | Madagascar | Madagascar |
| LANCENTER S.C.A. | Uruguay | Uruguay |
| Logus Bar Ashdod Port Ltd. | Israel | Israel |
| Malta Industries S.A. de C.V. | Mexico | Mexico |
| Malta Texo De Mexico S.A. de C.V. | Mexico | Mexico |
| Maniobras Y Servicios Del Interior, S.A. de C.V. | Mexico | Mexico |
| Master Mix of Trinidad Unlimited | Trinidad And Tobago | Trinidad |
| Medsofts Company LLC | Egypt | Egypt |
| Medsofts for Import Co. | Egypt | Egypt |
| Medsofts for Investment LLC | Egypt | Egypt |
| Medsofts for Trade LLC (Medsofts Trading) | Egypt | Egypt |
| Mepla Comércio e Navegação Ltda. | Brazil | Brazil |
| Mezclas Biomix S.A.S. | Colombia | Colombia |
| Monti Foods (Pty) Ltd. | South Africa | South Africa |
| Mundo Logistics S.R.L. | Uruguay | Uruguay |
| National Enzyme Company, LLC | United States | Missouri |
| Naviera Chaco S.R.L. | Paraguay | Paraguay |
| NEC Facilities, LLC | United States | Delaware |
| NEOVIA | France | France |
| Neovia Algerie SPA | Algeria | Algeria |
| Neovia Nutrição e Saúde Animal Ltda. | Brazil | Brazil |
| Neovia Philippines Inc. | Philippines | Philippines |
| North Star Shipping S.R.L. | Romania | Romania |
| NutraDine, LLC | United States | Colorado |
| NUTRILAC | France | France |
| NutriMix Feed Company, Inc. | United States | Puerto Rico |
| Olenex C.V. | Netherlands | Netherlands |
| P & A Marketing SA | Switzerland | Switzerland |
| Pancosma & Associates Marketing (Thailand) Co., Ltd. | Thailand | Thailand |
| Pancosma (Jiangsu) Feed Additive Co. Ltd. | China | Zhangjiagang |
| Pancosma (Shanghai) Feed Additives Co. Ltd. | China | Shanghai |
| Pancosma Canada Inc. | Canada | Quebec |
| PANCOSMA FRANCE S.A.S | France | France |
| Pancosma Mexico S.A. de C.V. | Mexico | Mexico |
| Pancosma North America, Inc. | United States | Illinois |
| Pancosma SA | Switzerland | Switzerland |
| Pedigree Ovens, LLC | United States | Delaware |
| PetDine, LLC | United States | Colorado |
| PJSC ADM Illichivsk | Ukraine | Ukraine |
| Premiere Agri Technologies Asia, Inc. | United States | Delaware |
| Premiere Agri Technologies of Mexico, Inc. | United States | Delaware |
| Proservicios Potencial Humano, S.A. de C.V. | Mexico | Mexico |
| Provit Sp. z o.o. | Poland | Poland |
| PT ADM Indonesia Trading and Logistics | Indonesia | Indonesia |
| Pura Foods Limited | United Kingdom | UK |
| Rodelle Inc. | United States | Colorado |

6

| | | |
|---|---|---|
| SANICOOPA | France | France |
| Sartco Ltda. | Brazil | Brazil |
| SDJ Sarl | Madagascar | Madagascar |
| Sermix | France | France |
| Servad S.R.L | Uruguay | Uruguay |
| Setna Nutricion S.A. | Spain | Spain |
| Silo P. Kruse Betriebs-GmbH & Co. KG | Germany | Germany |
| Silo-Betriebsgesellschaft mbH | Germany | Germany |
| Societe Industrielle des Oleagineux-SIO | France | France |
| SojaProtein d.o.o. Becej | Serbia | Becej Industria |
| SORA Laboratories, LLC | United States | Missouri |
| Southern Cellulose Products, Inc. | United States | Tennessee |
| Soy Investors, LLC | United States | Iowa |
| Specialty Commodities, LLC | United States | North Dakota |
| Sul Mineira Alimentos Ltda. | Brazil | Brazil |
| Szabadegyhazai Szolgaltato es Vagyonkezeklo KFT | Hungary | Hungary |
| Terminal Stevedores, Inc. | United States | Louisiana |
| Terminales De Cargas Especializadas, S.A. De C.V. | Mexico | Mexico |
| The Pound Bakery, LLC | United States | Illinois |
| Toepfer International Trading (Shanghai) Co., Ltd. | China | China |
| UPSCIENCE | France | France |
| UPSCIENCE ITALIA S.R.L. | Italy | Italy |
| Vantage Corn Processors LLC | United States | Delaware |
| Wild Amazon Flavors Concentrados e Corantes para Bebidas Ltda. | Brazil | Brazil |
| Wild Flavors (Canada) Inc. | Canada | Ontario |
| Wild Flavors Austria GmbH | Austria | Austria |
| Wild Flavors International GmbH | Switzerland | Switzerland |
| Wild Flavors Kenya Limited | Kenya | Kenya |
| Wild Flavors Middle East FZE | United Arab Emirates | Jebel Ali |
| Wild Flavors Polska Sp. z o.o. | Poland | Poland |
| Wild Flavors S.A. de C.V. | Mexico | Mexico |
| Wild Flavors, Inc. | United States | Delaware |
| Wild Intermare GmbH | Germany | Germany |
| Wild Polska Sp. z o.o. | Poland | Poland |
| WILD RUSSIA LLC | Russian Federation | Russia |
| Wild Tunesia Sarl | Tunisia | Tunisia |
| Wisium SA (Pty) Ltd. | South Africa | South Africa |
| Yerbalatina Ltda. | Brazil | Brazil |